**7/1/2015** **COA No. 13-12-00344-CR**
**DURAN, FRANCISCO JR. Tr. Ct. No. 2012-DCR-867-I** **PD-0429-15**
On this day, the Appellant's pro se petition for discretionary review has been granted. The original and eleven copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. GRANTED ON GROUND NO. 1; ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

DISTRICT CLERK CAMERON COUNTY
AURORA DE LA GARZA
974 E. HARRISON
BROWNSVILLE, TX 78520
* DELIVERED VIA E-MAIL *

**7/1/2015** **COA No. 13-12-00344-CR**
**DURAN, FRANCISCO JR. Tr. Ct. No. 2012-DCR-867-I** **PD-0429-15**
On this day, the Appellant's pro se petition for discretionary review has been granted. The original and eleven copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. GRANTED ON GROUND NO. 1; ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

FRANCISCO DURAN JR.
ROBERTSON UNIT - TDC # 1793551
12071 FM 3522
ABILENE, TX 79601

**7/1/2015**                                                    **COA No. 13-12-00344-CR**
**DURAN, FRANCISCO JR.    Tr. Ct. No. 2012-DCR-867-I         PD-0429-15**
On this day, the Appellant's pro se petition for discretionary review has been granted. The original and eleven copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. GRANTED ON GROUND NO. 1; ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

DISTRICT ATTORNEY  CAMERON COUNTY
ARMANDO R. VILLALOBOS
964 E HARRISON ST.
ADMINISTRATION BLDG., 4TH FL.
BROWNSVILLE, TX  78520



\* DELIVERED VIA E-MAIL \*

**7/1/2015**                                                    **COA No. 13-12-00344-CR**
**DURAN, FRANCISCO JR.    Tr. Ct. No. 2012-DCR-867-I          PD-0429-15**
On this day, the Appellant's pro se petition for discretionary review has been
granted. The original and eleven copies of the appellant's brief must be filed with
this Court within 30 days. The State's brief is due 30 days after the timely filing of
the appellant's brief. GRANTED ON GROUND NO. 1; ORAL ARGUMENT WILL
NOT BE PERMITTED

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

**7/1/2015**  **COA No. 13-12-00344-CR**
**DURAN, FRANCISCO JR.   Tr. Ct. No. 2012-DCR-867-I**  **PD-0429-15**
On this day, the Appellant's pro se petition for discretionary review has been granted. The original and eleven copies of the appellant's brief must be filed with this Court within 30 days. The State's brief is due 30 days after the timely filing of the appellant's brief. GRANTED ON GROUND NO. 1; ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *

**7/1/2015**                                                    **COA No. 13-12-00344-CR**
**DURAN, FRANCISCO JR.    Tr. Ct. No. 2012-DCR-867-I          PD-0429-15**
On this day, the Appellant's pro se petition for discretionary review has been
granted. The original and eleven copies of the appellant's brief must be filed with
this Court within 30 days. The State's brief is due 30 days after the timely filing of
the appellant's brief. GRANTED ON GROUND NO. 1; ORAL ARGUMENT WILL
NOT BE PERMITTED

Abel Acosta, Clerk

PRESIDING JUDGE  445TH DISTRICT COURT
974 E. HARRISON
JUDICIAL BUILDING
SECOND FLOOR
BROWNSVILLE, TX  78520